IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JANE DOE, a minor, by her parents and next friends, JOHN DOE and JILL DOE,<br><br>          Plaintiff,<br><br>   v.<br><br>ELKHORN AREA SCHOOL DISTRICT; JASON TADLOCK, in his individual capacity; and RYAN MCBURNEY, in his individual capacity,<br><br>          Defendants. | Civ. Action No. 2:24-cv-00354-JPS |

## PLAINTIFF'S DISCLOSURE STATEMENT

The undersigned, counsel of record for Plaintiff Jane Doe, through her parents and next friends, John Doe and Jane Doe, furnishes the following list in compliance with Civil L.R. 7.1 and Fed. R. Civ. P. 7.1. Plaintiff, a minor, has filed this action using a pseudonym. Accordingly, under Civil L.R. 10(c), Plaintiff will separately file a disclosure statement under seal identifying Plaintiff's full name.

Plaintiff is not a corporation.

Attorneys from the law firms Wardenski P.C. and Davis & Pledl, S.C. have appeared, or will appear, for Plaintiff in this Court.

DATED: March 22, 2024

Respectfully submitted,

/s/ Joseph J. Wardenski
Joseph J. Wardenski
WARDENSKI P.C.
134 West 29th Street, Suite 709
New York, NY 10001
Phone: (347) 913-3311
joe@wardenskilaw.com

Robert (Rock) Theine Pledl
Victoria Davis-Dávila
DAVIS & PLEDL, S.C.
1661 N. Water Street, Suite 410
Milwaukee, WI 53202
Phone: (414) 667-0390
rtp@davisandpledl.com
vldd@davisandpledl.com

*Attorneys for Plaintiff*